UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  Joseph Morel and Pamela Morel         Case No.  09-11246
                                              Chapter   13

## MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

      Now comes U.S. Bank National Association, as Trustee for TBW MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-2 (together with its predecessors, successors, affiliates, principals, and assigns, "Lender") and Joseph Morel and Pamela Morel ("Debtors") and moves this honorable Court to approve the proposed Consent Order and loan modification terms attached hereto.

| Lender, | Debtors, |
|---|---|
| by its Attorney | by their attorney |
| /s/ Joseph M. Dolben | /s/ John B. Ennis |
| Nicholas Barrett & Associates | John B. Ennis, Esq. |
| Joseph M. Dolben, Esq. (7916) | 1200 Reservoir Avenue |
| 999 South Broadway | Cranston, RI 02902 |
| East Providence, RI 02914 | 401 943-9230 |
| (401) 654-6162/fax (401) 654-6163 | |
| | |
| Dated: 8/13/2010 | Dated: 8/13/2010 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  Joseph Morel and Pamela Morel         Case No.  09-11246
                                              Chapter  13

## CERTIFICATION OF SERVICE

    I hereby certify that on August 13, 2010, I electronically filed a proposed Motion to Approve Loan Modification Agreement the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

    John B. Ennis, Esq.         jbelaw@aol.com
    John Boyajian, Esq.         john@bhrlaw.com
    Gary L. Donahue, Esq.       ustpregion01.pr.ecf@usdoj.gov

And I hereby certify that I have mailed by United States Postal Service, the document electronically filed with the court to the following non CM/ECF participants:

Joseph Morel and Pamela Morel
275 Frenchtown Road
East Greenwich, RI  02818

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

                              /s/ Joseph M Dolben