*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Joseph Morel and Pamela Morel

Debtor(s)

BK No. 1:09−bk−11246

Chapter 13

*ORDER GRANTING (doc# 71 )*
*Re: Motion to Approve Loan Modification Agreement , filed by Debtors & Creditor*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 71 ) is **GRANTED** .

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **8/17/10**

Entered on Docket: **8/17/10**
Document Number: **72 – 71**

oaftconsid.jsp #145

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*