UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  Joseph Morel and Pamela Morel          Case No.  09-11246
                                                Chapter   13

CONSENT ORDER

        This matter is before this Court, upon the motion U.S. Bank National Association,
as Trustee for TBW MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES
2006-2 ("Lender") for Relief from the Automatic Stay, with respect to property located at
275 Frenchtown Road, East Greenwich, RI  02818 (the "Property"), and pursuant to
agreement of Lender and Joseph Morel and Pamela Morel ("Debtors"), it is hereby
ordered as follows:

        1)  Lender withdraws its Motion for Relief from the Automatic Stay.

        2)   Debtors have been approved for a modification of their first mortgage to
Lender.

        3)  The terms of the proposed loan modification are as follows:

Total Modified Payment: $1,089.37
Principal & Interest: $507.96
Escrow: $581.41

Amount Capitalized: $42,328.19

Current Unpaid Principal Balance: $167,739.19

Interest Rate: 2.000% - 09/01/2010: P&I @ $507.96
        3.000% - 09/01/2015: P&I @ $590.13
        4.000% - 09/01/2016: P&I @ $676.86
        4.625% - 09/01/2017: P&I @ $732.85

Principal Forbearance: $180,589.00
Balloon Payment: $92,406.33

Maturity Date: 03/01/2036
Modification Effective Date: 09/01/2010

        4)  Lender is entitled to recover its attorney's fees of $150.00 from Debtors, which
will be added to the total amount due on the loan.

        5)  This Consent Order shall have the effect of an order of the Bankruptcy Court
upon approval by the Bankruptcy Court.  The entering of this Order indicates Court
approval of the proposed modified terms of the mortgage.

Lender,                                          Debtors,
by its Attorney                                  by their attorney


_/s/ Joseph M. Dolben_                           /s/ John Ennis
Nicholas Barrett & Associates                    John Ennis, Esq.
Joseph M. Dolben, Esq. (7916)                    1200 Reservoir Avenue
999 South Broadway                               Cranston, RI   02920
East Providence, RI 02914                        401-946-9230
(401) 654-6162/fax (401) 654-6163


Dated: 8/13/2010                                 Dated: 8/13/2010



Enter:                                           Order:

_____            _____
Arthur N. Votolato                               Deputy Clerk
United States Bankruptcy Court Judge



Dated:  8/17/2010                                Entered on docket:  8/17/2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND


In Re:  Joseph Morel and Pamela Morel       Case No.  09-11246
                                            Chapter   13


### CERTIFICATION OF SERVICE

I hereby certify that on August 13, 2010, I electronically filed a proposed Consent Order with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

John B. Ennis, Esq.              jbelaw@aol.com
John Boyajian, Esq.              john@bhrlaw.com
Gary L. Donahue, Esq.            ustpregion01.pr.ecf@usdoj.gov


And I hereby certify that I have mailed by United States Postal Service, the document electronically filed with the court to the following non CM/ECF participants:

Joseph Morel and Pamela Morel
275 Frenchtown Road
East Greenwich, RI  02818

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409


                                            /s/ Joseph M Dolben